Case: 1:20-cr-00074-MRB Doc #: 103 Filed: 05/17/21 Page: 1 of 3 PAGEID #: 342

RECEIVED
MAY 14 2021
DEBORAH S. HUNT, Clerk

FILED
RICHARD W. NAGEL
CLERK OF COURT
21 MAY 17 PM 12:05
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

KW
5-11-21

To whom it may concern:

I Darias Jackson would like to fire Ravert J. Clark Do to ineffective Counsel. He haven't filed any motions on my behave during Pre-trial, He haven't been to see me to go over any of my discovery, and on April, 30th 2021 while at court me and Clark had a conversation regarding my options. On May, 10th 2021 I received a letter, from him to the U.S. attorney that I don't approve of and I don't feel comfortable moving forward with him.

At my request I would like for the Courts to appoint me STEPHANIE F. KESSLER or someone out of Pinales, Stachler, Young & Burrell Co., LPA firm so I'll feel comfortable with the Justice system and moving forward with my case.

Thanks

/s/ Darias Jackson
Darias Jackson #161562
705 Hanover St
Hamilton, Ohio 45011

Darias Jackson #161502
705 Hanover St
Hamilton, Ohio 45011

CINCINNATI OH 452

12 MAY 2021 PM 4 L

RECEIVED
MAY 14 2021
DEBORAH S. HUNT, Clerk

Clerk of Court
100 E 5th st
Cincinnati, Ohio 45202

45202-390599