Case: 1:20-cr-00074-MRB Doc #: 149-1 Filed: 03/04/22 Page: 1 of 1 PAGEID #: 556



# Download Queue File List
## List Printed On: 2/12/2020

| DIALED NO. | DATE | TIME | INMATE PHONE | MISC ID | FIRST NAME | LAST NAME | DURATION | FILE NAME | LOCATION |
|---|---|---|---|---|---|---|---|---|---|
| (513) | 20191004 | 0128 | Ham - INTAKE SOUTH-3 | | DARIAS | JACKSON | 05:00 | 1570166939_102_13_159_477.wav | 0 |
| (513) | 20191004 | 1522 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 19:59 | 1570216942_252_12_154_42.wav | 0 |
| (513) | 20191004 | 1610 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 01:54 | 1570219823_180_12_158_646.wav | 0 |
| (513) | 20191004 | 1734 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 03:30 | 1570224847_180_12_175_732.wav | 0 |
| (513) | 20191005 | 0958 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 13:21 | 1570283895_247_13_204_704.wav | 0 |
| (513) | 20191005 | 1159 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 19:45 | 1570291140_247_13_205_312.wav | 0 |
| (513) | 20191005 | 1822 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 05:07 | 1570314155_180_13_153_770.wav | 0 |
| (513) | 20191005 | 1852 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 19:43 | 1570315934_247_12_181_740.wav | 0 |
| (513) | 20191005 | 2041 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 20:00 | 1570322505_180_12_165_145.wav | 0 |
| (513) | 20191006 | 1141 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 19:39 | 1570376462_247_12_192_217.wav | 0 |
| (513) | 20191007 | 0814 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 20:00 | 1570450477_180_12_190_22.wav | 0 |
| (513) | 20191007 | 1730 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 19:54 | 1570483846_180_13_173_415.wav | 0 |
| (513) | 20191007 | 2053 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 08:12 | 1570496033_252_13_152_108.wav | 0 |
| (513) | 20191008 | 0825 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 15:40 | 1570537541_180_12_70_934.wav | 0 |
| (513) | 20191008 | 1913 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 20:00 | 1570576419_180_12_73_893.wav | 0 |
| (513) | 20191009 | 1727 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 20:00 | 1570656468_252_13_204_853.wav | 0 |
| (513) | 20191009 | 2008 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 04:54 | 1570666103_247_13_205_316.wav | 0 |
| (513) | 20191010 | 0806 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 19:46 | 1570709215_252_13_156_442.wav | 0 |
| (513) | 20191010 | 1751 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 19:50 | 1570744284_180_13_173_807.wav | 0 |
| (513) | 20191010 | 2046 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 13:37 | 1570754775_180_12_181_370.wav | 0 |
| (513) | 20191011 | 1633 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 18:03 | 1570826016_247_12_174_632.wav | 0 |
| (513) | 20191011 | 1842 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 00:22 | 1570833731_180_12_152_920.wav | 0 |
| (513) | 20191011 | 1909 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 13:21 | 1570835350_252_12_155_503.wav | 0 |
| (513) | 20191011 | 2034 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 13:00 | 1570840490_180_12_176_879.wav | 0 |
| (513) | 20191012 | 1208 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 19:24 | 1570896508_252_13_204_304.wav | 0 |
| (513) | 20191012 | 1521 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 00:12 | 1570908068_180_12_188_871.wav | 0 |
| (513) | 20191012 | 1910 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 19:45 | 1570921847_180_12_73_420.wav | 0 |
| (513) | 20191013 | 1144 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 04:39 | 1570981456_252_12_170_379.wav | 0 |
| (513) | 20191014 | 1050 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 19:12 | 1571064609_180_13_160_829.wav | 0 |
| (513) | 20191014 | 1323 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 01:36 | 1571073795_252_12_183_14.wav | 0 |
| (513) | 20191014 | 1754 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 03:06 | 1571090054_247_12_160_523.wav | 0 |
| (513) | 20191014 | 2008 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 01:57 | 1571098116_247_12_177_147.wav | 0 |
| (513) | 20191015 | 1948 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 19:49 | 1571183334_252_12_160_47.wav | 0 |
| (513) | 20191015 | 2120 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 19:57 | 1571188806_252_13_155_148.wav | 0 |
| (513) | 20191016 | 1819 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 14:34 | 1571264349_252_12_163_91.wav | 0 |
| (513) | 20191016 | 1945 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 01:39 | 1571269502_180_12_158_874.wav | 0 |
| (513) | 20191018 | 1756 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 17:38 | 1571435799_247_12_174_294.wav | 0 |
| (513) | 20191018 | 1945 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 00:57 | 1571442306_247_13_154_945.wav | 0 |
| (513) | 20191018 | 2110 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 15:39 | 1571447451_252_12_198_135.wav | 0 |
| (513) | 20191019 | 0924 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 17:25 | 1571491475_247_12_191_26.wav | 0 |
| (513) | 20191019 | 1234 | Ham - SOUTH 41 A-3 | | DARIAS | JACKSON | 05:12 | 1571502843_252_13_159_907.wav | 0 |
| (513) | 20191020 | 1552 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 10:27 | 1571601120_247_12_175_581.wav | 0 |
| (513) | 20191020 | 2042 | Ham - SOUTH 41 A-2 | | DARIAS | JACKSON | 19:45 | 1571618556_247_13_153_288.wav | 0 |
| (513) | 20191021 | 2031 | Ham - SOUTH 41 A-1 | | DARIAS | JACKSON | 20:00 | 1571704292_180_12_166_735.wav | 0 |