```
 1                  UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
 2                        WESTERN DIVISION
                              - - -
 3   UNITED STATES OF AMERICA,     .  Case Number 1:20-cr-74
                                   .
 4             Plaintiff,          .
                                   .  Status Hearing
 5        - v -                    .
                                   .
 6   DARIAS JACKSON, et al.,       .  Monday, October 18, 2021
                                   .  2:30 p.m.
 7             Defendants.         .  Cincinnati, Ohio
     . . . . . . . . . . . . . . .
 8
                       TRANSCRIPT OF PROCEEDINGS
 9           BEFORE THE HONORABLE MICHAEL R. BARRETT

10   APPEARANCES:

11   For the Plaintiff:

12   KELLY K. ROSSI, ESQ.
     JULIE D. GARCIA, ESQ.
13   United States Attorney's Office
     221 East Fourth Street, Suite 400
14   Cincinnati, Ohio  45202

15   For the Defendant Darias Jackson:

16   RAVERT J. CLARK, ESQ.            JODIE DREES GANOTE, ESQ.
     114 East Eighth Street           215 East Ninth Street
17   Cincinnati, Ohio  45202          Cincinnati, Ohio  45202

18   For the Defendant Jessica Brown:

19   ZENAIDA R. LOCKARD, ESQ.
     Federal Public Defender's Office
20   200 East Fifth Street, Suite 350
     Cincinnati, Ohio  45202
21
     For the Defendant Gregory Jackson:
22
     STEPHANIE KESSLER, ESQ.
23   455 Delta Avenue, Suite 105
     Cincinnati, Ohio 45226
24
     Law Clerk:          Lindsay Littleton, Esq.
25   Courtroom Deputy:   Krista Zeller
     Court Reporter:     Maryann T. Maffia, RDR
```