# EXHIBIT A



3-4-20

Jessica

I forgot to say in the other letter is tell uncle gary dont say nothing about the store in my P.O. eyes I just worked there I didn't tell him I had anything to do with it. And yesterday my mama asked me for $400 so when you get a chance give it to her. I dont know if you got my money or my brother got it but she said she need it. Don't forget to make sure uncle gary say he pay me in cash the most being $630 for 2 weeks and the lease being $380. depending on the job $630 is 10.50 for 6 hours 5 days for 2 weeks and $380 is 9.50 for 4 hours 5 days for 2 weeks so baiscally I get paid every 2 weeks I did that the whole August and September. The number 513-___-5587 thats the number he need to have if they ask him no other number make sure when you come to court dont have no phone with you but yours I'm just trying get ready for the 24th. I wont be calling for a min