# EXHIBIT B
# (Lodged Under Seal)

W\_\_\_\_, A\_\_\_\_ (MRN \_\_\_\_\_)  Encounter Date: 01/09/2020

Scan on 10/4/2019  7:49 AM by _____

Page 7459 | UH MAIN HOSPITAL  
234 GOODMAN STREET  
Cincinnati OH 45219-2364 | W\_\_\_\_, A\_\_\_\_  
MRN: \_\_\_\_\_  DOB: 1\_\_/\_\_/1989, Sex: M  
Adm: 9/19/2019, D/C: 11/11/2019