# EXHIBIT C

| | | | |
|---|---|---|---|
| 1 UNIVERSITY OF CINCINNATI MEDICAL<br>234 GOODMAN AVE<br>CINCINNATI OH 452192316<br>5135841000 | 2 UNIVERSITY OF CINCINNATI<br>PO BOX 634856<br>CINCINNATI OH 452634856 | 3a PAT. CNTL #<br>b MED REC #<br>5 FED. TAX NO.<br>STATEMENT COVERS PERIOD<br>FROM 091919 THROUGH 111119 | 4 TYPE OF BILL 0111<br>7 |

| 8 PATIENT NAME | 9 PATIENT ADDRESS |
|---|---|
| a W___ A___ | a ___ b CINCINNATI c OH d 45202 e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1989 | M | 091919 | 06 | 5 | 1 | 18 | 63 | | | | | | | | | | | | | |

| 31 OCCURRENCE CODE/DATE | 32 OCCURRENCE CODE/DATE | 33 OCCURRENCE CODE/DATE | 34 OCCURRENCE CODE/DATE | 35 CODE | OCCURRENCE SPAN FROM THROUGH | 36 CODE | OCCURRENCE SPAN FROM THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|
| 05 091919 | 06 091919 | 11 091919 | | | | | | |

| 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|
| a 01 | 1180 00 | 45 | 3 00 | 80 | 53 00 |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0121 | MED-SUR-GY/2BED | 1826.00 | | 24 | 43824 00 | | |
| 0206 | ICU/INTERMEDIATE | 3625.00 | | 10 | 36250 00 | | |
| 0208 | ICU/TRAUMA | 9562.00 | | 19 | 181678 00 | | |
| 0250 | PHARMACY | | | 9740 | 43031 65 | | |
| 0251 | DRUGS/GENERIC | | | 712 | 10595 45 | | |
| 0258 | IV SOLUTIONS | | | 305 | 38667 60 | | |
| 0272 | STERILE SUPPLY | | | 33 | 22878 51 | | |
| 0278 | SUPPLY/IMPLANTS | | | 18 | 12992 71 | | |
| 0300 | LABORATORY OR LAB | | | 153 | 8794 00 | | |
| 0301 | LAB/CHEMISTRY | | | 375 | 59529 00 | | |
| 0302 | LAB/IMMUNOLOGY | | | 4 | 332 00 | | |
| 0305 | LAB/HEMATOLOGY | | | 167 | 20409 00 | | |
| 0306 | LAB/BACT-MICRO | | | 47 | 8214 00 | | |
| 0307 | LAB/UROLOGY | | | 4 | 220 00 | | |
| 0310 | PATHOLOGY LAB | | | 6 | 2680 00 | | |
| 0320 | DX X-RAY | | | 39 | 23352 00 | | |
| 0324 | DX X-RAY/CHEST | | | 22 | 8382 00 | | |
| 0350 | CT SCAN | | | 4 | 16037 00 | | |
| 0351 | CT SCAN/HEAD | | | 1 | 1846 00 | | |
| 0352 | CT SCAN/BODY | | | 2 | 4814 00 | | |
| 0360 | OR SERVICES | | | 1047 | 333624 00 | | |
| 0361 | OR/MINOR | | | 12 | 35242 00 | | |

PAGE 001 OF 002     CREATION DATE 111619     TOTALS

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI 1033154026 | 57 OTHER PRV ID |
|---|---|---|---|---|---|---|---|
| A CARESOURCE | | Y | Y | | | | |

| 58 INSURED'S NAME | 59 P REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO |
|---|---|---|---|---|
| W___ A___ | 18 | ___ | | CSOHIO |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0T768DZ | 091919 | 0F9G00Z | 091919 | 0DQ90ZZ | 091919 | | LAST |
| 80 REMARKS CARESOURCE<br>PO BOX 8730<br>DAYTON OH 45401 | 81CC B3 | 282N00000X | | | | | 76 OTHER NPI 1124345905 QUAL<br>LAST<br>79 OTHER NPI QUAL<br>LAST FIRST |

UB-04 CMS-1450    APPROVED OMB NO.    NUBC LIC9213257    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

| 1 | | 2 | | 3a PAT CNTL # | | | 4 TYPE OF BILL |
|---|---|---|---|---|---|---|---|
| UNIVERSITY OF CINCINNATI MEDICAL<br>234 GOODMAN AVE<br>CINCINNATI    OH 452192316<br>5135841000 | | UNIVERSITY OF CINCINNATI<br>PO BOX 634856<br>CINCINNATI    OH 452634856 | | b MED REC. # | | | 0111 |
| | | | | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD<br>FROM    THROUGH | | 7 |
| | | | | | 091919 | 111119 | |
| 8 PATIENT NAME | | | | 9 PATIENT ADDRESS | | | |
| b W     A | | | | b CINCINNATI | | c OH  d 45202 | e |
| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR | 17 STAT | 18 19 20 21 CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
| 1989 | M | 091919 | 06    5    1 | 18 | 63 | | | |

| 31 OCCURRENCE CODE / DATE | 32 OCCURRENCE CODE / DATE | 33 OCCURRENCE CODE / DATE | 34 OCCURRENCE CODE / DATE | 35 OCCURRENCE CODE / DATE | 36 OCCURRENCE SPAN CODE / FROM / THROUGH | 37 |
|---|---|---|---|---|---|---|
| 05   091919 | 06   091919 | 11   091919 | | | | |

| 38 | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|
| | a | 01 | 1180 00 | 45 | 3 00 | 80 | 53 00 |
| | b | | | | | | |
| | c | | | | | | |
| | d | | | | | | |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|---|
| 1 | 0370 | ANESTHESIA | | | 1046 | 66896 00 | | |
| 2 | 0390 | BLOOD/ADMIN/STOR | | | 23 | 22893 00 | | |
| 3 | 0391 | BLOOD/ADMIN | | | 3 | 7398 00 | | |
| 4 | 0402 | ULTRASOUND | | | 1 | 1251 00 | | |
| 5 | 0410 | RESPIRATORY SVC | | | 39 | 21108 00 | | |
| 6 | 0412 | INHALATION SVC | | | 12 | 3648 00 | | |
| 7 | 0420 | PHYSICAL THERP | | | 32 | 6000 00 | | |
| 8 | 0424 | PHYS THERP/EVAL | | | 1 | 424 00 | | |
| 9 | 0430 | OCCUPATION THER | | | 38 | 7344 00 | | |
| 10 | 0434 | OCCUP THERP/EVAL | | | 1 | 424 00 | | |
| 11 | 0450 | EMERG ROOM | | | 2 | 12397 00 | | |
| 12 | 0460 | PULMONARY FUNC | | | 40 | 17358 00 | | |
| 13 | 0480 | CARDIOLOGY | | | 2 | 4375 00 | | |
| 14 | 0710 | RECOVERY ROOM | | | 2 | 2514 00 | | |
| 15 | 0730 | EKG/ECG | | | 9 | 3492 00 | | |
| 16 | 0771 | VACCINE ADMIN | | | 1 | 55 00 | | |
| 17 | 0921 | PERI VASCUL LAB | | | 3 | 7314 00 | | |
| 18 | 0940 | OTHER RX SVS | | | 1 | 750 00 | | |
| 23 | 0001 | PAGE 002 OF 002 | | CREATION DATE 111619 | TOTALS | 1099033 92 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1033154026 | |
|---|---|---|---|---|---|---|---|
| A CARESOURCE | | Y | Y | | | 57 OTHER PRV ID | |
| B | | | | | | | |
| C | | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A | 18 | | | CSOHIO |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 80 REMARKS CARESOURCE<br>PO BOX 8730<br>DAYTON OH 45401 | 81CC a B3 282N00000X | | 78 | |
|---|---|---|---|---|
| | b | | LAST | |
| | c | | 79 | |
| | d | | LAST | FIRST |

UB-04 CMS-1450    APPROVED OMB NO.    NUBC UC9213257    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.